**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


MARILYN NORWOOD                                                          PLAINTIFF

vs.                                                    CIVIL ACTION NO. 3:12-CV-66 HTW-LRA

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT


**ORDER ADOPTING REPORT AND RECOMMENDATION**


        This matter is before the court pursuant to the Report and Recommendation of

United States Magistrate Judge Linda R. Anderson in which she recommends that the

decision of the Commissioner be affirmed.  After having considered the reasons set

forth in the Report and Recommendation and an objection filed by the plaintiff, this

court hereby adopts said Report and Recommendation as the order of this court.


        **SO ORDERED, this the 12th day of March, 2013.**



                                        **s/ HENRY T. WINGATE**
                                        **UNITED STATES DISTRICT JUDGE**